UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a foreign corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>POLAR ROLLER EXPRESS, INC., an Alaska corporation; WALTER SCHLOTFELDT, individually, and DENALI GROUP COMPANIES, INC., an Alaska corporation,<br><br>    Defendants. | NO. CV-05-0376-EFS<br><br>**DEFAULT JUDGMENT** |

    Before the Court, without oral argument, is Plaintiff General Electric Capital Corporation's FRCP 55(b) Motion for Default Judgment, which was filed on April 17, 2006. (Ct. Rec. 17.) After considering Plaintiff's motion and the records and files herein, the Court hereby finds:

    1.   An Order granting default was entered by the Clerk of the Court against Defendant Polar Roller Express, Inc. and in favor of Plaintiff on May 25, 2006. (Ct. Rec. 30.)

    2.   Pursuant to the terms of the parties' Promissory Note and Security Agreement (Ct. Rec. 1 Ex. A), Plaintiff is entitled to an award against Defendant Polar Roller Express, Inc. for $107,602.61 in unpaid

ORDER ~ 1

debt payments, plus $40,431.72 in prejudgment interest and $2,227.50 in attorney fees and associated litigation costs.

Based upon the foregoing, **it is hereby, ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff's FRCP 55(b) Motion for Default Judgment **(Ct. Rec. 17)** is **GRANTED.**

2. Plaintiff **GENERAL ELECTRIC CAPITAL CORPORATION** is awarded judgment against Defendant **POLAR ROLLER EXPRESS, INC.** for **$107,602.61** in unpaid debt payments, plus **$40,431.72** in prejudgment interest and **$2,227.50** in attorney fees and associated litigation costs.

**IT IS SO ORDERED.** The District Court Executive is directed to:

(A) Enter this Judgment, and

(B) Provide copies of this Judgment to counsel.

**DATED** this   22nd   day of June 2006.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2005\0376.default.judgment.wpd

ORDER ~ 2