UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON (AT SPOKANE)

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a foreign corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>POLAR ROLLER EXPRESS, INC., an Alaska corporation; WALTER SCHLOTFELDT, individually, and DENALI GROUP COMPANIES, INC., an Alaska corporation,<br><br>  Defendants. | Case No. CV-05-376-CI<br><br>GENERAL JUDGMENT |

Based upon the Joint Motion of Plaintiff General Electric Capital Corporation and Defendants Walter Schlotfeldt and Denali Group Companies, Inc. it is hereby:

ADJUDGED that the Complaint and Claims of and by Plaintiff General Electric Capital Corporation against Defendants Walter Schlotfeldt and Denali Group Companies, Inc. are DISMISSED WITH PREJUDICE and that no party is awarded, and no party shall recover costs or attorney fees from the other.

DATED October 30, 2006.

            S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

Page   1 - General Judgment

WILLIAM P. HORTON
Lawyer
700 One Main Place
101 SW Main St.
Portland, OR 97204
Phone 503-294-0050
Facsimile 503-227-0848